O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUDI T. SIHOMBING, Petitioner, v. MARKWAYNE MULLIN[1] et al, Respondent. | Case No. 5:26-cv-01026-CAS-MAR<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, the Report and Recommendation of the United States Magistrate Judge, and the objections filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **DENYING** the Petition.

Dated: September 4, 2026

Christina A. Snyder

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

[1] Secretary of the Department of Homeland Security ("DHS") Markwayne Mullin is substituted for Kristi Noem. See Fed. R. Civ. P. 25(d).