JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUDI T. SIHOMBING,<br><br>Petitioner,<br>v.<br><br>MARKWAYNE MULLIN[1] et al,<br><br>Respondent. | Case No. 5:26-cv-01026-CAS-MAR<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **DENIED.**

Dated: September 4, 2026

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

[1] Secretary of the Department of Homeland Security ("DHS") Markwayne Mullin is substituted for Kristi Noem. See Fed. R. Civ. P. 25(d).